IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number CR-10-310-C |
| ) | CIV-11-1301-C |
| FREDERICK G. HOFFMAN, III, ) | |
| ) | |
| Defendant. ) | |

## J U D G M E N T

Upon consideration of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, and the Court's accompanying Memorandum Opinion and Order,

IT IS ORDERED, ADJUDGED AND DECREED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, be and the same is hereby denied.

DATED this 6th day of February, 2012.

ROBIN J. CAUTHRON
United States District Judge